# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CHELSA MCCLENDON**                                                   **PLAINTIFF**

**v.**                         **Case No. 4:25-CV-576-JM**

**LANDERS CHRYSLER DODGE JEEP**
**RAM and ALLY BANK**                                                **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED with prejudice.

IT IS SO ADJUDGED this 22nd day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE